# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>Danyell Oneal Coulter )<br>_____ )<br>*Defendant(s)* ) | Case:   2:21-CR-00078-KGB |

## NOTICE OF APPEARANCE

Please take notice that Christopher H. Baker of the James Law Firm will be aiding as co-counsel in the representation of Danyell Coulter in the case captioned above and requests that he be included on the service of all notices, pleadings, and other documents filed in this case.

Dated: December 14, 2022            Respectfully submitted,

/s/ Christopher H. Baker
Christopher H. Baker, Esq.
Arkansas Bar No. 20022124
Attorney for Danyell Coulter
Email: Chris@Jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, Arkansas 72201
Telephone: (501) 375-0900
Fax: (501) 375-1356